# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SHANDONG LUXI
PHARMACEUTICAL CO., LTD.,

    Plaintiff,

v.                                                    Case No: 8:21-cv-942-CEH-AEP

CAMPHOR TECHNOLOGIES, INC.,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on June 24, 2021 (Doc. 52). In the Report and Recommendation, Magistrate Judge Porcelli recommends that Luxi's Motion for Preliminary Injunction (Doc. 5) and Camphor Technologies, Inc.'s Motion for Preliminary Injunction (Doc. 25) be denied. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 52) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff Shandong Luxi Pharmaceutical Co., Ltd.'s Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 5) is **DENIED**.

(3) Defendant Camphor Technologies, Inc.'s Motion for Preliminary Injunction (Doc. 25) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida on July 9, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record